IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEWTON BRYAN,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 25-CV-6583 |
| | : |
| CITY OF PHILADELPHIA, *et al.*,<br>    Defendants. | :<br>: |

## ORDER

**AND NOW**, this 16th day of January 2026, upon consideration of Plaintiff Newton Bryan's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's accompanying Memorandum, Bryan's Complaint (ECF No. 2) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as follows:

   a. All claims against the individual Defendants challenging his prosecution to the extent it led to his conviction or otherwise challenging the constitutionality of his conviction as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) are **DISMISSED WITHOUT PREJUDICE** subject to him filing a new civil rights complaint only in the event his conviction is reversed, vacated, or otherwise invalidated. The Court expresses no opinion on the merits of any such lawsuit.

   b. The remaining claims are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                                /s/ Chad F. Kenney

                                                _____

                                              **CHAD F. KENNEY, J.**